UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| **SEAN HARDEN,** *et al.***, on behalf of themselves and all similarly situated individuals** <br><br> **Plaintiffs,** <br><br> v. <br><br> **GILLMANN SERVICES, INC.,** *et al.* <br><br><br> **Defendants.** | <br><br><br><br><br><br> **CIVIL ACTION NO. 3:17-cv-91** |

# ORDER

AND NOW upon consideration of the parties' Joint Motions To: (1) Withdraw Joint Motion for Settlement Approval (ECF 26), And (2) Approve New Settlement Agreement, (ECF No. 38), the Court hereby:

ORDERS that the Joint Motion for Settlement Approval (ECF 26) is denied as moot, and dispenses with the briefing schedule (ECF No. 32) previously ordered; and

FINDS that the new proposed settlement agreement (ECF No. 39-1), is fair, reasonable, and adequate, and is hereby APPROVED.  Further proceedings and deadlines are STAYED until Gillmann Services, Inc. has made its final payment pursuant to paragraph 2 of the settlement agreement (ECF No. 39-1).  After Gillmann has made its final payment, the parties are ORDERED to file a stipulation of dismissal with prejudice pursuant to Rule 41(a)(1)(A)(ii).  If a stipulation of dismissal is not filed within six months of the date of this Order, the parties are ORDERED to file a status report by such date informing the Court of the status of Gillman's

compliance with the settlement agreement, and a hearing will be held, if necessary, on

_____ \_\_, 201\_.


It is so ORDERED.

                                                _____
                                                UNITED STATES DISCTRICT JUDGE

Richmond, Virginia
Date: _____, 201\_