```
              IN THE UNITED STATES DISTRICT COURT
             FOR THE EASTERN DISTRICT OF VIRGINIA
                        Richmond Division
```

SEAN HARDEN, JAMES RIDLEY,
DAVID RIDLEY, MAURICE LAMB,
AND BRIAN HARDEN individually
an on behalf of all similarly
situated individuals,

    Plaintiffs,

v.                                         Civil Action No. 3:17cv91

GILLMANN SERVICES, INC.,
VARNEY INC., MECHANICAL &
ELECTRICAL, CONTRACTORS, LLC
f/k/a M&E CONTRACTORS, LLC,
M&E CONTRACTORS INC., and
IES COMMERCIAL, INC.,

    Defendants.

**ORDER**

    For the reasons set forth on the record on August 17, 2017, it is hereby ORDERED that the JOINT MOTIONS TO: (1) WITHDRAW JOINT MOTION FOR SETTLEMENT APPROVAL (ECF No.26) and (2) APPROVE NEW SETTLEMENT AGREEMENT (ECF No. 41), is granted, having previously granted the Motion to Withdraw the Joint Motion for Settlement Approval, ORDER (ECF No. 42).  Applying the test from <u>Lynn's Food Stores, Inc. v. U.S. By & Through U.S. Dep't of Labor, Employment Standards Admin., Wage & Hour Div.</u>, 679 F.2d 1350 (11th Cir. 1982), the Court finds there is an actual FLSA issue in dispute, the terms of the settlement

are fair and reasonable, and the attorneys' fees provided in the agreement are reasonable.

It is so ORDERED.

_____/s/_____*REP*_____
Robert E. Payne
Senior United States District Judge

Richmond, Virginia
Date: August /8, 2017